# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**108**

**KA 08-00480**

PRESENT: CENTRA, J.P., CARNI, LINDLEY, GREEN, AND GORSKI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                        ORDER

DONNY BOWEN, ALSO KNOWN AS DONNIE BOWEN,
DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (KIMBERLY F. DUGUAY OF
COUNSEL), FOR DEFENDANT-APPELLANT.

MICHAEL C. GREEN, DISTRICT ATTORNEY, ROCHESTER (NICOLE M. FANTIGROSSI
OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Monroe County
(Francis A. Affronti, J.), rendered January 29, 2008.  The judgment
convicted defendant, upon his plea of guilty, of burglary in the third
degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered:  February 10, 2011                          Patricia L. Morgan
                                                     Clerk of the Court